IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **DERRICK B. JACKSON,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 5:15-CV-375 (CAR) |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER DISMISSING CASE

On October 16, 2015, this Court denied *pro se* Plaintiff's motion for leave to proceed *in forma pauperis*, and gave Plaintiff thirty (30) days to pay the required filing fee to the Clerk of Court [Doc. 7]. Plaintiff has failed to comply with the Court's Order, and the time to do so has now passed. Therefore, Plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED**, this 1st day of June, 2016

                                                  S/ C. Ashley Royal
                                                C. ASHLEY ROYAL
                                                UNITED STATES DISTRICT JUDGE

JRF/ssh